**~~PROPOSED~~ ORDER/COVER SHEET**

| | | | |
|---|---|---|---|
| **TO:** | Honorable Thomas S. Hixson<br>U.S. Magistrate Judge | **RE:** | Rocio Rascon |
| **FROM:** | Silvio Lugo, Chief<br>U.S. Pretrial Services Officer | **Docket No.:** | 4:24-cr-00395-HSG-1 |

**Date:** November 13, 2025

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

| | |
|---|---|
| Ana Mendoza | 510-637-3750 |
| **U.S. Pretrial Services Officer** | **TELEPHONE NUMBER** |

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _____ Presiding District Court Judge _____

☒ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☒ Modification(s)

   *REMOVE:*

   1. *The defendant must submit to drug and/or alcohol testing as directed by Pretrial Services;*
   2. *The defendant must participate in substance abuse treatment, on outpatient or residential basis, as directed by Pretrial Services;*
   3. *The defendant must remain in the custody of custodian Dorotea Rascon at 1710 Post Ave, San Pablo, CA. The custodian must supervise defendant and report any violation of a release condition to Pretrial Services. A custodian who fails to do so may be prosecuted for contempt.*

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

_____   November 14, 2025
**JUDICIAL OFFICER**                **DATE**

Hon. Thomas S. Hixson

U.S. Magistrate Judge